1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE PETER C. LEWIS)

11  UNITED STATES OF AMERICA,        )   CASE NO. 09MJ8545-02
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )   **NOTICE OF APPEARANCE**
                                     )
14  ANGEL JESUS RODRIGUEZ,           )
                                     )
15              Defendant.           )
    _____ )
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of

18  California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19  attorney in the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated:  June 23, 2008                   /s/ JENNIFER L. COON
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Jennifer_Coon@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 23, 2008

/s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Jennifer_Coon@fd.org (email)

2